LAW OFFICES OF SIMON HARTER, ESQ.
Simon Harter (SH-8540)
304 Park Avenue South – 11th Floor
New York, New York 10010
(212) 979-0250 – Phone
(212) 979-0251 – Fax
Attorneys for Plaintiff, Metall und Rohstoff
Shipping (and Holdings) B.V.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
METALL UND ROHSTOFF SHIPPING (AND :
HOLDINGS) B.V.,                    :          07-cv-7224 (SHS)
                                   :
            Plaintiff,             :
                                   :
    -against-                      :          **RULE 7.1 STATEMENT**
                                   :
                                   :
SAMSUN LOGIX CORPORATION.,         :
                                   :
            Defendant.             :
------------------------------------------------------------x

Plaintiff, METALL UND ROHSTOFF SHIPPING (AND HOLDINGS) B.V., by and through undersigned counsel, Law Offices of Simon Harter, Esq., and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that its parent corporation is Macsteel International Holdings B.V., and that no other publicly-held corporation owns 10% or more of its stock.

Dated:    August 10, 2007

By:     LAW OFFICES OF SIMON HARTER, ESQ.
Attorneys for Plaintiff,
METALL UND ROHSTOFF SHIPPING (AND HOLDINGS) B.V.

*[signature]*

Simon Harter (SH-8540)
304 Park Avenue South – 11th Floor
New York, New York 10010
(212) 979-0250 (Phone)
(212) 979-0251 (Fax)